```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-287-JAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANIEL ARAM ZABLOCKI, | |
| Defendant. | |

WHEREAS, on or about September 26, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Daniel Aram Zablocki forfeiting to the United States the following property:

  a) Maxtor Diamond Max Plus 9, Model 6Y120M013600A, SN Y3N36HCE, 120 GB hard drive;

  b) Western Digital Model WD360GD-00FLA2, SN WMAKE1655122, 36.7GB hard disk drive;

  c) Western Digital Model WD400BB-00JHCO, SN WMAMC6592115, 40 GB hard disk drive;

  d) Western Digital Model WD300AB-00BVA0, SN WMA8Y1018416, 30 GB Hard disk drive;

///

    e) Quantum Fireball 1CT Model 20.4AT LB20A891, SN 174935916599, TAZXX, 20 GB Hard disk drive;

    f) ASUS Desktop computer tower; and

    g) Kodak EasyShare DX7630 Digital Camera, SN KCKDC43404884.

  AND WHEREAS, beginning on October 3, 2008, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Daniel Aram Zablocki.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 9th day of March, 2009.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge